```
DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
333 Pine Street, Suite 300
San Francisco, CA 94104-3381
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,581
```

FILED

2008 JAN -2 P 2: 07

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA. S.J.

E-FILING

Attorneys for Plaintiffs
NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

CASE NO. C08 00017

| | |
|---|---|
| NEW CONTENDERS INC.;<br>DILLON PRODUCTIONS INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>MIGUEL SANDOBAL doing business as<br>Fiesta Night Club; ROSALIA<br>HERRARA FRIEJE doing business as El<br>Tropical Latino Restaurant,<br><br>    Defendants. | COMPLAINT TO RENEW JUDGMENT<br>PURSUANT TO F.R.C.P. 69(a) AND C.C.P. §<br>335.5(3) |

    Plaintiffs NEW CONTENDERS INC. and DILLON PRODUCTIONS INC. hereby complain of Defendants MIGUEL SANDOBAL doing business as Fiesta Night Club, and ROSALIA HERRARA FRIEJE doing business as El Tropical Latino Restaurant, for the following claims upon which relief can be granted:

### FIRST CLAIM FOR RELIEF.

    1. Plaintiffs have filed that certain action in the United States District Court, Northern District of California, entitled *NEW CONTENDERS INC.; DILLON PRODUCTIONS INC., Plaintiffs, vs. BRENDA OCHOA URCIAGA, doing business as Margarita's Taqueria, et al.*, Case No. 5:96-cv-20788-RMW, which is now assigned to the Honorable Ronald M. Whyte, Judge of

COMPLAINT TO RENEW JUDGMENT PURSUANT TO F.R.C.P. 69(a) AND C.C.P. § 335.5(3)
CASE NO.

1

1  the United States District Court. The Default Judgment was entered by the court on 10/15/97
2  thereunder, a copy of the ORDER FOR JUDGMENT is attached hereto marked *Exhibit "A"* and
3  incorporated by reference as though fully set forth herein.
4      2. Defendants are residents in and to the County of San Jose and/or State of California
5  herein.
6      3. Plaintiffs are corporations doing business in the State of California.
7      4. This court has jurisdiction hereunder as permitted pursuant to 47 U.S.C. 605(e) et seq.,
8  in that this court has jurisdiction in the filing and prosecution of a piracy claim thereunder.
9      5. Under C.C.P. § 337.5(3), Plaintiff may file an independent action by which to renew the
10  judgment therein, which the action thereon is timely, in that this action is filed within 180 days
11  from the date of entry of judgment, in that no notice of entry of judgment was given to the
12  Defendant hereunder. This action is timely under F.R.C.P. 58(b)(2)(B) [150 days], and Rule 4 [30
13  days] of the Rules of Federal Appellate Procedure, in that this action was filed within 180 days of
14  the date of entry of judgment.
15      WHEREFORE, Plaintiff seeks relief, as follows:
16      1. That the Judgment entered in the action of *NEW CONTENDERS INC.; DILLON
17  PRODUCTIONS INC., Plaintiffs, vs. BRENDA OCHOA URCIAGA, doing business as
18  Margarita's Taqueria, et al.*, Case No. 5:96-cv-20788-RMW, be renewed.
19      2. For *costs* of suit.
20      3. For such other and further relief as the Court deems just and proper.

21  DATED: December 28, 2007        COOK COLLECTION ATTORNEYS

22
23                                     By _____
                                      DAVID J. COOK, ESQ. (SB# 060859)
24                                        Attorneys for Plaintiffs
                                      NEW CONTENDERS INC.; DILLON
                                      PRODUCTIONS, INC.

25  F:\USERS\DJCNEW\urciaga.com
26
27
28

COMPLAINT TO RENEW JUDGMENT PURSUANT TO F.R.C.P. 69(a) AND C.C.P. § 335.5(3)        2
CASE NO.