DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,634

Attorneys for Plaintiffs
NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW CONTENDERS INC.:<br>DILLON PRODUCTIONS INC..<br><br>      Plaintiff,<br><br>vs.<br><br>MIGUEL SANDOBAL doing business as<br>Fiesta Night Club; ROSALIA<br>HERRARA FRIEJE doing business as El<br>Tropical Latino Restaurant.<br><br>      Defendants. | CASE NO. C08-00017-RS<br><br>APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

COMES NOW Plaintiffs NEW CONTENDERS INC.: DILLON PRODUCTIONS INC., who hereby request that this court enter an order for an additional 120 days by which to effectuate service of the Summons and Complaint in the above-entitled matter.

DATED: March 27, 2008          COOK COLLECTION ATTORNEYS

                                By: __/s/ David J. Cook__
                                DAVID J. COOK, ESQ. (SB# 060859)
                                Attorneys for Plaintiffs
                                NEW CONTENDERS INC.: DILLON
                                PRODUCTIONS INC.

F:\USERS\DJCNEW\urciaga.app

APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE - CASE NO. C08-00017-RS          1