1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12 NEW CONTENDERS INC.:            )   CASE NO. C08-00017-RS
   DILLON PRODUCTIONS INC..        )
13                                 )
            Plaintiff.             )   DECLARATION OF DAVID J. COOK. ESQ.
14                                 )   IN SUPPORT OF APPLICATION FOR
   vs.                             )   ISSUANCE OF ORDER PERMITTING
15                                 )   SERVICE OF PROCESS BEYOND 180 DAYS
   MIGUEL SANDOBAL doing business as) UNDER RULE 4(m) OF THE FEDERAL
16 Fiesta Night Club: ROSALIA      )   RULES OF CIVIL PROCEDURE
   HERRARA FRIEJE doing business as El )
17 Tropical Latino Restaurant,     )
                                   )
18          Defendants.            )
                                   )
19 _____

20     I, DAVID J. COOK, hereby declare and state as follows:

21     1. I am one of the attorneys of record for Plaintiff in the above-entitled action. am duly

22 authorized to practice before all courts in the State of California, and am familiar with the facts

23 and circumstances in this action.

24     2. Declarant has filed an action by which to renew the judgment in the above-entitled

25 matter as permitted under C.C.P. § § 337.5(3).

26     3. Declarant has endeavored to locate the Defendant and has incurred great difficulty.

27 This matter is the renewal of a judgment which is 10 years old and, accordingly. Plaintiff needs

28 additional time by which to effectuate service of process.

DECLARATION OF DAVID J. COOK. ESQ. IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER
PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES
OF CIVIL PROCEDURE - CASE NO. C08-00017-RS                                                    1

4. Declarant therefore requests an additional 120 days by which to effectuate service of the Summons and Complaint in the above-entitled matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2008.

      /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\urciaga.app

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE - CASE NO. C08-00017-RS