1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  NEW CONTENDERS INC.;                )    CASE NO. C08-00017-RS
    DILLON PRODUCTIONS INC.,            )
13                                      )
                 Plaintiff,             )    ORDER AUTHORIZING EXTENSION OF
14                                      )    TIME
    vs.                                 )
15                                      )
    MIGUEL SANDOBAL doing business as)
16  Fiesta Night Club: ROSALIA         )
    HERRARA FRIEJE doing business as El )
17  Tropical Latino Restaurant,         )
                                        )
18               Defendants.            )
    _____)
19

        Based upon the Declaration of David J. Cook, Esq., and finding that this is a renewal of a
20
    judgment, and for good cause appearing,
21
        IT IS HEREBY ORDERED that Plaintiffs shall have an additional 120 days from and after
22
    _____ by which to effectuate service of process of the Summons and Complaint
23
    in the above-entitled matter.
24

25
    DATED: _____
26                                  _____
                                    JUDGE OF THE UNITED STATES
27                                  DISTRICT COURT

28
    F:\USERS\DJCNEW\urciaga.app

    ORDER AUTHORIZING EXTENSION OF TIME - CASE NO. C08-00017-RS