**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,634

*E-FILED 3/31/08*

Attorneys for Plaintiffs
NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW CONTENDERS INC.;<br>DILLON PRODUCTIONS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL SANDOBAL doing business as<br>Fiesta Night Club; ROSALIA<br>HERRARA FRIEJE doing business as El<br>Tropical Latino Restaurant,<br><br>Defendants. | CASE NO. C08-00017-RS<br><br>ORDER AUTHORIZING EXTENSION OF<br>TIME |

Based upon the Declaration of David J. Cook, Esq., and finding that this is a renewal of a judgment, and for good cause appearing,

IT IS HEREBY ORDERED that Plaintiffs shall have an additional 120 days from and after March 31, 2008 _____ by which to effectuate service of process of the Summons and Complaint in the above-entitled matter.

DATED: _March 31, 2008_____

JUDGE OF THE UNITED STATES
DISTRICT COURT

F:\USERS\DJCNEW\urciaga.app

ORDER AUTHORIZING EXTENSION OF TIME - CASE NO. C08-00017-RS