1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.
8
                   UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                           SAN JOSE DIVISION
11

12 NEW CONTENDERS INC.;          )   CASE NO. C08-00017-RS
   DILLON PRODUCTIONS INC.,      )
13                               )
              Plaintiff,         )   PROOF OF SERVICE OF SUMMONS
14                               )
   vs.                           )
15                               )
   MIGUEL SANDOBAL doing business as)
16 Fiesta Night Club; ROSALIA    )
   HERRARA FRIEJE doing business as El )
17 Tropical Latino Restaurant,   )
                                 )
18            Defendants.        )
                                 )
19 _____)

20    Attached hereto for filing with the court is an original PROOF OF SERVICE OF

21 SUMMONS and DECLARATION REGARDING DILIGENCE by a process server in the above-

22 entitled matter.

   DATED: April 10, 2008              COOK COLLECTION ATTORNEYS
23

24                                    By:  /s/ David J. Cook
                                      DAVID J. COOK, ESQ. (SB# 060859)
25                                    Attorneys for Plaintiffs
                                      NEW CONTENDERS INC.;
26                                    DILLON PRODUCTIONS INC.

27

28 F:\USERS\DJCNEW\urciaga.pos


PROOF OF SERVICE - CASE NO. C08-00017-RS

Cook Collection Attorneys
333 Pine St. 3rd Floor
San Francisco, CA 94104-3381
(415) 989-4730         Ref. No. 00118669-01
Attorney For:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: NEW CONSTRUCTION, et al             Case No.: C0800017
Defendant: MIGUEL SANDOBAL, et al              Proof of Service of Summons

Hearing Date:           Time:              Dept/Div:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:
   f. other (specify documents): SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; ORDER FOR JUDGMENT;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES;STANDING ORDER RE:INITIAL CASE MANAGEMENT;CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE;DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DIST. OF CALIFORNIA;STANDING ORDER RE:CASE MANAGEMENT IN CIVIL CASES;EFC REGISTRATION INFO HANDOUT;GENERAL ORDERS;NOTC OF LAWSUIT & REQUEST FOR WAIVER OF SERVICES OF SUMMONS;ADR P

3. a. Party Served (specify name of party as shown on documents served):
      ROSALIA HERRARA FRIEJE
      doing business as EL TROPICAL LATINO RESTAURANT

4. Address where the party was served: 1312 HUME DR.
   (Home)                              SANGER, CA 93657

5. I served the party
   b. by substituted service. On (date):March 23, 2008 at (time): 05:48 pm I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):
      JANE DOE REFUSED NAME, RESIDENT. HISP FEMALE 40YRS 170LBS 5'5" BLK HAIR

      (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

      (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc. § 415.20). I mailed the documents on:
         (date):            03/25/08
         from (city):       FRESNO, CA

      (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
                a. as an individual defendant

Cook Collection Attorneys
333 Pine St. 3rd Floor
San Francisco, CA  94104-3381
(415) 989-4730        Ref. No. 00118669-01
Attorney For:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Plaintiff: NEW CONSTRUCTION, et al
Defendant: MIGUEL SANDOBAL, et al

Case No.: C0800017
Proof of Service of Summons

Hearing Date:          Time:              Dept/Div:

7.  Person who served papers
    a.  Andrew Duke
        ACTION LEGAL SUPPORT
    b.  5528 North Palm Suite 123
        Fresno, CA  93704
    c.  (559) 432-3337

    d. The fee for service was: $    40.00
    e. I am
    (3). Registered California process server
        (i) independent contractor
        (ii) Registration No. S2007119 EXP: 04/11/2009
        (iii) County: FRESNO

8.  I declare under penalty of perjury under the laws of the State of California that
    the foregoing is true and correct.

    Date: 03/25/08            Signature: _____

Jud. Coun. Form, rule 2.150
Judicial Council of California POS-010
[Rev. January 1, 2007]

405-00118669-01

Cook Collection Attorneys
333 Pine St. 3rd Floor
San Francisco, CA 94104-3381
(415) 989-4730      Ref. No. 00118669-01
Attorney For:

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Plaintiff: NEW CONSTRUCTION, et al | Case No.: C0800017 |
| Defendant: MIGUEL SANDOBAL, et al | Proof of Service of Summons |

Hearing Date:           Time:           Dept/Div:

DECLARATION REGARDING DILIGENCE

Action Legal Support received the within named process on 03/21/08 and after diligent effort we have not been able to effect personal service on the within named party at the following addressess:

Servee:    ROSALIA HERRARA FRIEJE
           doing business as EL TROPICAL LATINO RESTAURANT

Home:      1312 HUME DR.
           SANGER, CA  93657

03/21/08   07:49 pm   NO ANSWER HOME
03/22/08   08:01 am   NO ANSWER HOME
03/23/08   05:48 pm   SUBSTITUTED SERVICE ON INDIVIDUAL

7. Person who served papers
   a. Andrew Duke
      ACTION LEGAL SUPPORT
   b. 5528 North Palm Suite 123
      Fresno, CA  93704
   c. (559) 432-3337

   d. The fee for service was: $   40.00
   e. I am
   (3). Registered California process server
       (i) independent contractor
       (ii) Registration No. S2007119 EXP: 04/11/2009
       (iii) County: FRESNO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 03/25/08           Signature: _____

Jud. Coun. Form, rule 2.150
Judicial Council of California POS-010
[Rev. January 1, 2007]

305-00118669-01