Cook Collection Attorneys  
1605 Fell Street  
San Francisco, CA 94102-0000  
(415) 989-4730        Ref. No. 00118669-01  
Attorney For:

,

Plaintiff: NEW CONTENDERS INC., et al      Case No.: C0800017  
Defendant: MIGUEL SANDOBAL, et al      Proof of Service of Summons

Hearing Date:      Time:      Dept/Div:

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of:  
   f. other (specify documents): SUMMONS IN A CIVIL CASE; CIVIL COVER SHEET; COMPLAINT; ORDER FOR JUDGMENT;ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE & ADR DEADLINES;STANDING ORDER RE:INITIAL CASE MANAGEMENT;CONSENT TO PROCEED BEFORE A U.S. MAGISTRATE JUDGE;DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE & REQUEST FOR REASSIGNMENT TO A U.S. DISTRICT JUDGE;STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DIST. OF CALIFORNIA;STANDING ORDER RE:CASE

3. a. Party Served (specify name of party as shown on documents served):  
   ROSALIA HERRARA FRIEJE  
   doing business as EL TROPICAL LATINO RESTAURANT

4. Address where the party was served:1312 HUME DR.  
   (Home)      SANGER, CA 93657

5. I served the party  
   b. by substituted service. On (date):March 23, 2008 at (time): 05:48 pm I left the documents listed in item 2 with or in the presence of (name and title or relationship to person indicated in item 3b):  
   JANE DOE REFUSED NAME, RESIDENT. HISP FEMALE 40YRS 170LBS 5'5" BLK HAIR

   (2) (home) a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.

   (4) I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc. § 415.20). I mailed the documents on:  
   (date): 03/25/08  
   from (city): FRESNO, CA

   (5) I attach a declaration of diligence stating actions taken first to attempt personal service.

6. The "Notice to the Person Served" (on the summons) was completed as follows:  
   a. as an individual defendant

Cook Collection Attorneys
1605 Fell Street
San Francisco, CA 94102-0000
(415) 989-4730        Ref. No. 00118669-01
Attorney For:

Plaintiff: NEW CONTENDERS INC., et al
Defendant: MIGUEL SANDOBAL, et al

Case No.: C0800017
Proof of Service of Summons

Hearing Date:            Time:            Dept/Div:

7. Person who served papers
   a. Andrew Duke
      ACTION LEGAL SUPPORT
   b. 5528 North Palm Suite 123
      Fresno, CA 93704
   c. (559) 432-3337

   d. The fee for service was: $    40.00
   e. I am
   (3). Registered California process server
       (i) independent contractor
       (ii) Registration No. S2007119 EXP: 04/11/2009
       (iii) County: FRESNO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 04/10/08            Signature: _____

Jud. Coun. Form, rule 2.150
Judicial Council of California POS-010
[Rev. January 1, 2007]

405-00118669-01

Cook Collection Attorneys  
1605 Fell Street  
San Francisco, CA 94102-0000  
(415) 989-4730     Ref. No. 00118669-01  
Attorney For:

Plaintiff: NEW CONTENDERS INC., et al     Case No.: C0800017  
Defendant: MIGUEL SANDOBAL, et al         Proof of Service of Summons

Hearing Date:          Time:              Dept/Div:

DECLARATION REGARDING DILIGENCE

Action Legal Support received the within named process on 03/21/08 and after diligent effort we have not been able to effect personal service on the within named party at the following addressess:

Servee:     ROSALIA HERRARA FRIEJE  
            doing business as EL TROPICAL LATINO RESTAURANT

Home:       1312 HUME DR.  
            SANGER, CA  93657

03/21/08    07:49 pm    NO ANSWER HOME  
03/22/08    08:01 am    NO ANSWER HOME  
03/23/08    05:48 pm    SUBSTITUTED SERVICE ON INDIVIDUAL

7. Person who served papers
   a. Andrew Duke
      ACTION LEGAL SUPPORT
   b. 5528 North Palm Suite 123
      Fresno, CA  93704
   c. (559) 432-3337
   d. The fee for service was: $  40.00
   e. I am
   (3). Registered California process server
      (i) independent contractor
      (ii) Registration No. S2007119 EXP: 04/11/2009
      (iii) County: FRESNO

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: 04/10/08          Signature: _____

Jud. Coun. Form, rule 2.150  
Judicial Council of California POS-010  
[Rev. January 1, 2007]

305-00118669-01

