1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco, CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.
8
                UNITED STATES DISTRICT COURT
9
                NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN JOSE DIVISION
11

12 | NEW CONTENDERS INC.;            )   CASE NO. C08-00017-RS
   | DILLON PRODUCTIONS INC.,        )
13 |                                 )
   |           Plaintiff,            )   INITIAL CASE MANAGEMENT
14 |                                 )   CONFERENCE STATEMENT
   | vs.                             )
15 |                                 )
   | MIGUEL SANDOBAL doing business as)
16 | Fiesta Night Club; ROSALIA      )
   | HERRARA FRIEJE doing business as El )   Date: April 23, 2008
17 | Tropical Latino Restaurant,     )   Time: 2:30 p.m.
   |                                 )   Courtroom: 4, 5th Floor
18 |           Defendants.           )
   |_____)
19

20      This is an action to renew a judgment pursuant to F.R.C.P. 69(a) and C.C.P. § 337.5(3).

21 Defendant was served by substituted serviced on 3/23/08. The service documents were then

22 mailed on 3/25/08. The proof of service was filed on or about 4/10/08.

23      In light of the recent service of the Summons and Complaint, and lack of a response from

24 Defendant, or otherwise no appearance, it is requested that this Case Management Conference be

25 continued to allow Plaintiff to either take Defendant's default and default judgment, or otewise

26 for Defendant to answer.

27 ///

28 ///

INITIAL CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO. C08-00017-RS         1

1 | DATED: April 16, 2008

COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.

6 | F:\USERS\DJCNEW\urciaga.cmc