1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.

8                   UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                      SAN JOSE DIVISION

11

12 NEW CONTENDERS INC.;            )    CASE NO. C08-00017-RS
   DILLON PRODUCTIONS INC..        )
13                                 )
              Plaintiff.           )
14                                 )    APPLICATION FOR CONTINUANCE OF
   vs.                             )    CASE MANAGEMENT CONFERENCE
15                                 )
   MIGUEL SANDOBAL doing business as)
16 Fiesta Night Club; ROSALIA      )
   HERRARA FRIEJE doing business as El )
17 Tropical Latino Restaurant.     )
                                   )
18            Defendants.          )
                                   )
19 ─────────────────────────────────

20      COMES NOW Plaintiffs NEW CONTENDERS INC.: DILLON PRODUCTIONS INC..

21 who hereby request that this court enter an order continuing the initial case management

22 conference for 90 days, or as may be chosen by the court to allow Plaintiff to take the default and

23 default judgment, or alternatively. for Defendant to answer.

   DATED:  April 16, 2008              COOK COLLECTION ATTORNEYS
24

25                                     By:  /s/ David J. Cook
                                       DAVID J. COOK, ESQ. (SB# 060859)
26                                     Attorneys for Plaintiffs
                                       NEW CONTENDERS INC.; DILLON
27                                     PRODUCTIONS INC.
   F:\USERS\DJCNEW\urciaga.app1
28