DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,634

Attorneys for Plaintiffs
NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| NEW CONTENDERS INC.; DILLON PRODUCTIONS INC., | CASE NO. C08-00017-RS |
|---|---|
| Plaintiff, | DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE |
| vs. | |
| MIGUEL SANDOBAL doing business as Fiesta Night Club: ROSALIA HERRARA FRIEJE doing business as El Tropical Latino Restaurant, | |
| Defendants. | |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiffs in the above-entitled action. am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. Declarant has filed an action by which to renew the judgment in the above-entitled matter as permitted under C.C.P. § 337.5(3).

3. The initial case management conference is scheduled for hearing on 4/23/08 at 2:30 p.m. in Courtroom 4 of the herein court. Defendant was just recently subserved with the Summons and Complaint by service on 3/23/08 and mailing on 3/25/08. A response has not been

1  filed and Plaintiff intends to proceed to default and judgment.

2     4. Declarant therefore requests an additional 90 days to allow Plaintiff to proceed to
3  judgment.

4     I declare under penalty of perjury that the foregoing is true and correct.

5  Executed on April 16. 2008.

7                                    /s/ David J. Cook
                                     DAVID J. COOK, ESQ. (SB# 060859)

9
10  F:\USERS\DJCNEW\urciaga.app1