1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  NEW CONTENDERS INC.;                )      CASE NO. C08-00017-RS
    DILLON PRODUCTIONS INC..            )
13                                      )
              Plaintiff,                )      ORDER EXTENDING TIME FOR INITIAL
14                                      )      CASE MANAGEMENT CONFERENCE
    vs.                                 )
15                                      )
    MIGUEL SANDOBAL doing business as)
16  Fiesta Night Club; ROSALIA          )
    HERRARA FRIEJE doing business as El )
17  Tropical Latino Restaurant.         )
                                        )
18            Defendants.               )
    _____ )
19

20        Based upon the Declaration of David J. Cook. Esq., and finding that there is reason to

21  continue the Initial Case Management Conference, and for good cause appearing.

22        IT IS HEREBY ORDERED that the Initial Case Management Conference scheduled for

23  4/23/08 in Courtroom 4, 5th Floor. SJ. at 2:30 p.m., is continued to _____ at

24  the same time and place.

25

26  DATED: _____          _____
                                      JUDGE OF THE UNITED STATES
27                                    DISTRICT COURT

28  F:\USERS\DJCNEW\urciaga.app1

    ORDER EXTENDING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE
    CASE NO.  C08-00017-RS