1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street                                        *E-FILED 4/17/08*
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.
8
                        UNITED STATES DISTRICT COURT
9
                      NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12 NEW CONTENDERS INC.;              )    CASE NO. C08-00017-RS
   DILLON PRODUCTIONS INC..          )
13                                   )
           Plaintiff,                )    ORDER EXTENDING TIME FOR INITIAL
14                                   )    CASE MANAGEMENT CONFERENCE
   vs.                               )
15                                   )
   MIGUEL SANDOBAL doing business as )
16 Fiesta Night Club; ROSALIA        )
   HERRARA FRIEJE doing business as El )
17 Tropical Latino Restaurant.       )
                                     )
18         Defendants.               )
                                     )
19

20      Based upon the Declaration of David J. Cook. Esq., and finding that there is reason to

21 continue the Initial Case Management Conference, and for good cause appearing.

22      IT IS HEREBY ORDERED that the Initial Case Management Conference scheduled for

23 4/23/08 in Courtroom 4, 5th Floor. SJ. at 2:30 p.m., is continued to   July 23, 2008          at

24 the same time and place.

25

26 DATED:   April 17, 2008

   JUDGE OF THE UNITED STATES
27 DISTRICT COURT

28 F:\USERS\DJCNEW\urciaga.app1

   ORDER EXTENDING TIME FOR INITIAL CASE MANAGEMENT CONFERENCE
   CASE NO.  C08-00017-RS