UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CONTENDERS, INC.;<br>DILLON PRODUCTIONS, INC.<br>Plaintiff(s),<br><br>v.<br><br>MIGUEL SANDOBAL, et al.,<br><br>Defendant(s). | No. C 08-00017-RS<br><br>DECLINATION TO PROCEED BEFORE<br>A MAGISTRATE JUDGE<br>AND<br>REQUEST FOR REASSIGNMENT TO A<br>UNITED STATES DISTRICT JUDGE |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: April 17, 2008

Signature _____

Counsel for Plaintiffs
(Plaintiff, Defendant, or indicate "pro se")

DAVID J. COOK, ESQ. (SB#060859)