IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CONTENDERS, INC., et al.,<br><br>        Plaintiff,<br><br>  v.<br><br>MIGUEL SANDOBAL, et al.,<br><br>        Defendant. | ***E-FILED - 6/4/08***<br><br>CASE NO.: C-08-00017-RMW<br><br>**CLERK'S NOTICE OF SETTING<br>CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that a Case Management Conference has been scheduled for **September 5, 2008 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are to file a Joint Case Management Statement by August 29, 2008.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: June 7, 2008

BY: _/s/ Jackie Garcia_
     JACKIE GARCIA
    Courtroom Deputy for
  Honorable Ronald M. Whyte

2 | Copy of Order E-Filed to Counsel of Record:

2