1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.
8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  NEW CONTENDERS INC.:              )    CASE NO. C08-00017-RMW (PVT)
    DILLON PRODUCTIONS INC.,          )
13                                    )
            Plaintiff,                )    APPLICATION FOR ENTRY OF DEFAULT
14                                    )
    vs.                               )
15                                    )
    MIGUEL SANDOBAL doing business as )
16  Fiesta Night Club; ROSALIA        )
    HERRARA FRIEJE doing business as El )
17  Tropical Latino Restaurant,       )
                                      )
18          Defendants.               )
    _____   )
19
            COMES NOW Plaintiff who hereby moves this court for an entry of a default. for the
20
    failure of the Defendant ROSALIA HERRARA FRIEJE doing business as El Tropical Latino
21
    Restaurant. by which to timely file a response to the Summons and Complaint after due service of
22
    process thereof.
23
    DATED:  July 21, 2008              COOK COLLECTION ATTORNEYS
24
                                       By: __/s/ David J. Cook_____
25                                     DAVID J. COOK, ESQ. (SB# 060859)
                                       Attorneys for Plaintiffs
26                                     NEW CONTENDERS INC.;
                                       DILLON PRODUCTIONS INC.,
27
    F:\USERS\DJCNEW\urciaga.default
28

APPLICATION FOR ENTRY OF DEFAULT - CASE NO. C08-00017-RMW (PVT)

1

## PROOF OF SERVICE

2  ROSALIA HERRARA FRIEJE
   doing business as El Tropical Latino Restaurant
3  1312 Hume Drive
   Sanger, CA 93657

4
        I declare:

5
        I am employed in the County of San Francisco, California. I am over the age of eighteen
6  (18) years and not a party to the within cause. My business address is 165 Fell Street, San
   Francisco, CA 94102. On the date set forth below, I served the attached:

7
        APPLICATION FOR ENTRY OF DEFAULT

8
        MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION
9      FOR ENTRY OF DEFAULT

10     ENTRY OF DEFAULT

11 on the above-named person(s) by:

12     __XXX__  (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
   thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
13 person(s) served above.

14
        I declare under penalty of perjury that the foregoing is true and correct.

15
        Executed on July 21, 2008 at San Francisco, California.

16

17                                  /s/ Karene Jen
                                    KARENE JEN
18

19

20

21

22

23

24

25

26

27

28