DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52.634

Attorneys for Plaintiffs
NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW CONTENDERS INC.; DILLON PRODUCTIONS INC., <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL SANDOBAL doing business as Fiesta Night Club; ROSALIA HERRARA FRIEJE doing business as El Tropical Latino Restaurant, <br><br> Defendants. | CASE NO. C08-00017-RMW (PVT) <br><br> MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT |

## I. INTRODUCTION.

Plaintiffs bring this action to renew the judgment in the above-entitled action, by filing an independent action in this court pursuant to FRCP 69(a) and C.C.P. § 337.5(3). In the underlying action, the Default Judgment was entered on 10/15/97, and this action was filed on 1/02/08 herein, making the same timely hereunder. Plaintiff effectuated service of process upon the Defendant, and a copy of the Proof of Service has been filed with the court as Docket No. 6.

## II. RELIEF SOUGHT.

Plaintiffs seek relief by the Renewal of the Judgment in the above-entitled action entitled *NEW CONTENDERS INC.; DILLON PRODUCTIONS INC. vs. MIGUEL SANDOBAL doing*

1 *business as Fiesta Night Club; ROSALIA HERRARA FRIEJE doing business as El Tropical Latino*
2 *Restaurant,* Case No. C 96-20788-RMW (PVT).
3       Defendant ROSALIA HERRARA FRIEJE doing business as El Tropical Latino
4 Restaurant, has failed to respond, and no pleading thereon has been filed therein. Plaintiff therefore
5 seeks the entry of a default for the failure to respond to this action.
6       No Defendant as set forth in this action is in the military service so as to be entitled to the
7 benefits of the Servicemen's Civil Relief Act 50 U.S.C. APP § 501 et seq.
8       A copy of the Application, Memorandum of Points and Authorities, and Entry of Default,
9 is to be mailed to the Defendant ROSALIA HERRARA FRIEJE doing business as El Tropical
10 Latino Restaurant, at the last known address as set forth below:

11  ROSALIA HERRARA FRIEJE
     doing business as El Tropical Latino Restaurant
12   1312 Hume Drive
     Sanger, CA 93657
13
   DATED: July 21, 2008          COOK COLLECTION ATTORNEYS
14
15                               By:  /s/ David J. Cook
                                 DAVID J. COOK, ESQ. (SB# 060859)
16                               Attorneys for Plaintiffs
                                 NEW CONTENDERS INC.; DILLON
17                               PRODUCTIONS INC.
18
   F:\USERS\DJCNEW\urciaga.default

# PROOF OF SERVICE

ROSALIA HERRARA FRIEJE
doing business as El Tropical Latino Restaurant
1312 Hume Drive
Sanger, CA 93657

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION FOR ENTRY OF DEFAULT

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

ENTRY OF DEFAULT

on the above-named person(s) by:

__XXX__   (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008 at San Francisco, California.

             /s/ Karene Jen
             KARENE JEN