1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730
Fax: (415) 989-0491
6 | File No. 52,634

7 | Attorneys for Plaintiffs
NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.

8 |

UNITED STATES DISTRICT COURT

9 |

NORTHERN DISTRICT OF CALIFORNIA

10 |

SAN JOSE DIVISION

11 |

12 | NEW CONTENDERS INC.;            )    CASE NO. C08-00017-RMW (PVT)
DILLON PRODUCTIONS INC..          )
13 |                                )
Plaintiff,        )    ENTRY OF DEFAULT
14 |                                )
vs.                              )
15 |                                )
MIGUEL SANDOBAL doing business as )
16 | Fiesta Night Club; ROSALIA       )
HERRARA FRIEJE doing business as El )
17 | Tropical Latino Restaurant.       )
                                 )
18 |         Defendants.            )
                                 )
19 | ─────────────────────────────  )

20 |     The Clerk of the Court hereby enters the default of Defendant ROSALIA HERRARA

FRIEJE doing business as El Tropical Latino Restaurant, in the amount of damages of $20.000.

21 | $1,354.67 in costs and $2.040.22 in attorneys' fees.

22 |

23 |

DATED: _____         CLERK, by _____, Deputy

24 |

25 |

F:\USERS\DJCNEW\urciaga.default

26 |

27 |

28 |

ENTRY OF DEFAULT - CASE NO. C08-00017-RMW (PVT)                                    1

1 | **PROOF OF SERVICE**

2 | ROSALIA HERRARA FRIEJE
doing business as El Tropical Latino Restaurant
3 | 1312 Hume Drive
Sanger, CA 93657
4 |
I declare:
5 |
I am employed in the County of San Francisco, California. I am over the age of eighteen
6 | (18) years and not a party to the within cause. My business address is 165 Fell Street, San
Francisco, CA 94102. On the date set forth below, I served the attached:
7 |
APPLICATION FOR ENTRY OF DEFAULT
8 |
MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION
9 | FOR ENTRY OF DEFAULT

10 | ENTRY OF DEFAULT

11 | on the above-named person(s) by:

12 | __XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the
13 | person(s) served above.

14 |
I declare under penalty of perjury that the foregoing is true and correct.
15 |
Executed on July 21, 2008 at San Francisco, California.
16 |

17 | _____ /s/ Karene Jen_____
KARENE JEN
18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |