1  **DAVID J. COOK, ESQ. (State Bar # 060859)**
   **ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2  **COOK COLLECTION ATTORNEYS**
   **A PROFESSIONAL LAW CORPORATION**
3  165 Fell Street
   San Francisco. CA  94102
4  Mailing Address: P.O. Box 270
   San Francisco. CA  94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52.634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.
8
                    UNITED STATES DISTRICT COURT
9
                 NORTHERN DISTRICT OF CALIFORNIA
10
                         SAN JOSE DIVISION
11

12  NEW CONTENDERS INC.;              )    CASE NO. C08-00017-RMW (PVT)
    DILLON PRODUCTIONS INC..          )
13                                    )
              Plaintiff.              )    APPLICATION FOR ISSUANCE OF ORDER
14                                    )    PERMITTING SERVICE OF PROCESS
    vs.                               )    BEYOND 180 DAYS UNDER RULE 4(m) OF
15                                    )    THE FEDERAL RULES OF CIVIL
    MIGUEL SANDOBAL doing business as )    PROCEDURE
16  Fiesta Night Club; ROSALIA        )
    HERRARA FRIEJE doing business as El )
17  Tropical Latino Restaurant.       )
                                      )
18            Defendants.             )
                                      )
19  ————————————————————————————      )

20       COMES NOW Plaintiffs NEW CONTENDERS INC.; DILLON PRODUCTIONS INC..

21  who hereby request that this court enter an order for an additional 120 days by which to effectuate

22  service of the Summons and Complaint in the above-entitled matter.

23  DATED: July 21, 2008              COOK COLLECTION ATTORNEYS

24                                    By:   /s/ David J. Cook
                                      DAVID J. COOK, ESQ. (SB# 060859)
25                                    Attorneys for Plaintiffs
                                      NEW CONTENDERS INC.; DILLON
26                                    PRODUCTIONS INC.

27  F:\USERS\DJCNEW\urciaga.app

28
    APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS
    UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE
    CASE NO. C08-00017-RMW (PVT)