DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,634

Attorneys for Plaintiffs
NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW CONTENDERS INC.; DILLON PRODUCTIONS INC., <br><br> Plaintiff, <br><br> vs. <br><br> MIGUEL SANDOBAL doing business as Fiesta Night Club; ROSALIA HERRARA FRIEJE doing business as El Tropical Latino Restaurant, <br><br> Defendants. | CASE NO. C08-00017-RMW (PVT) <br><br> DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE |

I, DAVID J. COOK, hereby declare and state as follows:

1. I am one of the attorneys of record for Plaintiff in the above-entitled action, am duly authorized to practice before all courts in the State of California, and am familiar with the facts and circumstances in this action.

2. Declarant has filed an action by which to renew the judgment in the above-entitled matter as permitted under C.C.P. § § 337.5(3).

3. Declarant has endeavored to locate the Defendant MIGUEL SANDOBAL doing business as Fiesta Night Club, and has incurred great difficulty. This matter is the renewal of a judgment which is 10 years old and, accordingly, Plaintiff needs additional time by which to

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE - CASE NO. C08-00017-RMW (PVT)   1

effectuate service of process.

    4. Declarant therefore requests an additional 120 days by which to effectuate service of the Summons and Complaint in the above-entitled matter.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008.

                        /s/ David J. Cook
                        DAVID J. COOK, ESQ. (SB# 060859)

F:\USERS\DJCNEW\urciaga.app

DECLARATION OF DAVID J. COOK, ESQ. IN SUPPORT OF APPLICATION FOR ISSUANCE OF ORDER PERMITTING SERVICE OF PROCESS BEYOND 180 DAYS UNDER RULE 4(m) OF THE FEDERAL RULES OF CIVIL PROCEDURE - CASE NO. C08-00017-RMW (PVT)    2