**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52.634

Attorneys for Plaintiffs
NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW CONTENDERS INC.;<br>DILLON PRODUCTIONS INC..<br><br>          Plaintiff,<br><br>vs.<br><br>MIGUEL SANDOBAL doing business as<br>Fiesta Night Club; ROSALIA<br>HERRARA FRIEJE doing business as El<br>Tropical Latino Restaurant.<br><br>          Defendants.<br>_____ | CASE NO. C08-00017-RMW (PVT)<br><br>ORDER AUTHORIZING EXTENSION OF<br>TIME |

Based upon the Declaration of David J. Cook, Esq.. and finding that this is a renewal of a judgment, and for good cause appearing.

IT IS HEREBY ORDERED that Plaintiffs shall have an additional 120 days from and after _____ by which to effectuate service of process of the Summons and Complaint in the above-entitled matter upon Defendant MIGUEL SANDOBAL doing business as Fiesta Night Club.


DATED: _____

                                   _____
                                   JUDGE OF THE UNITED STATES
                                   DISTRICT COURT

F:\USERS\DJCNEW\urciaga.app

ORDER AUTHORIZING EXTENSION OF TIME - CASE NO. C08-00017-RMW (PVT)