**UNITED STATES DISTRICT COURT**
**Northern District of California**
**280 South First Street**
**San Jose, California 95113**

www.cand.uscourts.gov

Richard W. Wieking                                                General Court Number
Clerk                                                             408.535.5364

July 25, 2008

RE:  CV 08-00017 RMW        NEW CONTENDERS INC, ET AL.-v- MIGUEL SANDOBAL, ET AL.

Default is entered as to Rosalia Herrara Frieje on July 24, 2008.

                RICHARD W. WIEKING, Clerk

                by /s/ Diane Miyashiro
                Case Systems Administrator

NDC TR-4  Rev. 3/89