DAVID J. COOK, ESQ. (State Bar # 060859)
ROBERT J. PERKISS, ESQ (State Bar # 62386)
COOK COLLECTION ATTORNEYS
A PROFESSIONAL LAW CORPORATION
165 Fell Street
San Francisco, CA 94102
Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 52,634

Attorneys for Plaintiffs
NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.

DEFAULT ENTERED
7/24/2008
RICHARD W. WIEKING, CLERK
By_____ Deputy Clerk

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NEW CONTENDERS INC.;<br>DILLON PRODUCTIONS INC.,<br><br>Plaintiff,<br><br>vs.<br><br>MIGUEL SANDOBAL doing business as<br>Fiesta Night Club; ROSALIA<br>HERRARA FRIEJE doing business as El<br>Tropical Latino Restaurant,<br><br>Defendants. | CASE NO. C08-00017-RMW (PVT)<br><br>APPLICATION FOR ENTRY OF DEFAULT |

COMES NOW Plaintiff who hereby moves this court for an entry of a default, for the failure of the Defendant ROSALIA HERRARA FRIEJE doing business as El Tropical Latino Restaurant, by which to timely file a response to the Summons and Complaint after due service of process thereof.

DATED: July 21, 2008         COOK COLLECTION ATTORNEYS

By: /s/ David J. Cook
DAVID J. COOK, ESQ. (SB# 060859)
Attorneys for Plaintiffs
NEW CONTENDERS INC.;
DILLON PRODUCTIONS INC.,

F:\USERS\DJCNEW\urciaga.default

APPLICATION FOR ENTRY OF DEFAULT - CASE NO. C08-00017-RMW (PVT)

## PROOF OF SERVICE

ROSALIA HERRARA FRIEJE
doing business as El Tropical Latino Restaurant
1312 Hume Drive
Sanger, CA 93657

I declare:

I am employed in the County of San Francisco, California. I am over the age of eighteen (18) years and not a party to the within cause. My business address is 165 Fell Street, San Francisco, CA 94102. On the date set forth below, I served the attached:

APPLICATION FOR ENTRY OF DEFAULT

MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF APPLICATION FOR ENTRY OF DEFAULT

ENTRY OF DEFAULT

on the above-named person(s) by:

__XXX__ (BY MAIL) Placing a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, addressed to the person(s) served above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 21, 2008 at San Francisco, California.

__/s/ Karene Jen__
KARENE JEN