1 | **DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
2 | **COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
3 | 165 Fell Street
San Francisco, CA 94102
4 | Mailing Address: P.O. Box 270
San Francisco, CA 94104-0270
5 | Tel.: (415) 989-4730          ***E-FILED - 8/21/08***
Fax: (415) 989-0491
6 | File No. 52.634

7 | Attorneys for Plaintiffs
NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.
8
9 |                 UNITED STATES DISTRICT COURT
10 |              NORTHERN DISTRICT OF CALIFORNIA
11 |                      SAN JOSE DIVISION

12 | NEW CONTENDERS INC.;            )        CASE NO. C08-00017-RMW (PVT)
DILLON PRODUCTIONS INC..          )
13 |                                 )
          Plaintiff,              )        ORDER AUTHORIZING EXTENSION OF
14 |                                 )        TIME
vs.                               )
15 |                                 )
MIGUEL SANDOBAL doing business as )
16 | Fiesta Night Club; ROSALIA       )
HERRARA FRIEJE doing business as El )
17 | Tropical Latino Restaurant.       )
                                  )
18 |          Defendants.           )
_____ )
19

20 |      Based upon the Declaration of David J. Cook, Esq.. and finding that this is a renewal of a

21 | judgment, and for good cause appearing.

22 |      IT IS HEREBY ORDERED that Plaintiffs shall have an additional 120 days from and after

23 |      8/21/08      by which to effectuate service of process of the Summons and Complaint

24 | in the above-entitled matter upon Defendant MIGUEL SANDOBAL doing business as Fiesta

25 | Night Club.

26 | DATED:    8/21/08          *Ronald M. Whyte*
27 |                            _____
                            JUDGE OF THE UNITED STATES
28 |                            DISTRICT COURT

F:\USERS\DJCNEW\urciaga.app

ORDER AUTHORIZING EXTENSION OF TIME - CASE NO. C08-00017-RMW (PVT)