1  DAVID J. COOK, ESQ. (State Bar # 060859)
   ROBERT J. PERKISS, ESQ (State Bar # 62386)
2  COOK COLLECTION ATTORNEYS
   A PROFESSIONAL LAW CORPORATION
3  165 Fell Street
   San Francisco. CA 94102
4  Mailing Address: P.O. Box 270
   San Francisco, CA 94104-0270
5  Tel.: (415) 989-4730
   Fax: (415) 989-0491
6  File No. 52,634

7  Attorneys for Plaintiffs
   NEW CONTENDERS INC.: DILLON PRODUCTIONS INC.
8
                      UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                            SAN JOSE DIVISION
11

12 | NEW CONTENDERS INC.;           )  CASE NO. C08-00017-RS
   | DILLON PRODUCTIONS INC..       )
13 |                                )
   |        Plaintiff,              )  CASE MANAGEMENT CONFERENCE
14 |                                )  STATEMENT
   | vs.                            )
15 |                                )
   | MIGUEL SANDOBAL doing business as )
16 | Fiesta Night Club; ROSALIA     )
   | HERRARA FRIEJE doing business as El )
17 | Tropical Latino Restaurant,    )  Date: September 5. 2008
   |                                )  Time: 10:30.m.
18 |        Defendants.             )  Courtroom: 4, 5th Floor
   |                                )

19

20     This is an action to renew a judgment pursuant to F.R.C.P. 69(a) and C.C.P. § 337.5(3).

21 Defendant ROSALIA HERRARA FRIEJE was served by substituted serviced on 3/23/08. The

22 service documents were then mailed on 3/25/08. The proof of service was filed on or about

23 4/10/08. Plaintiff has taken the default of ROSALIA HERRARA FRIEJE entered on 7/24/08.

24     Plaintiff has been unable to effectuate service upon MIGUEL SANDOBAL, and has

25 proceeded by an EX PARTE APPLICATION FOR ISSUANCE OF ORDER PERMITTING

26 SERVICE OF PROCESS BEYOND 180 DAYS, which application was granted by ORDER

27 AUTHORIZING EXTENSION OF TIME filed on 08/21/08.

28

CASE MANAGEMENT CONFERENCE STATEMENT - CASE NO. C08-00017-RS                              1

1     In light of the above. Plaintiff requests that the court set a further Case Management Conference for at least an additional 180 days to permit Plaintiff to effectuate service upon MIGUEL SANDOBAL.

DATED: August 29, 2008      COOK COLLECTION ATTORNEYS

By:  /s/ David J. Cook
DAVID J. COOK. ESQ. (SB# 060859)
Attorneys for Plaintiffs
NEW CONTENDERS INC.; DILLON PRODUCTIONS INC.

F:\USERS\DJCNEW\urciaga.cmc1