IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW CONTENDERS, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> MIGUEL SANDOBAL, et al., <br><br> Defendant. | ***E-FILED - 9/3/08*** <br><br> CASE NO.: C-08-00017-RMW <br><br> **CLERK'S NOTICE OF CONTINUANCE OF CASE MANAGEMENT CONFERENCE** |

PLEASE TAKE NOTICE that the Case Management Conference in the above-entitled matter which was previously set for September 5, 2008, has been continued to **February 20, 2009 @ 10:30 a.m.**, before the Honorable Judge Ronald M. Whyte. Parties are to appear in courtroom #6, 4th floor of the U.S. Courthouse, 280 South First Street, San Jose, California. Parties are required to file a Joint Case Management Statement by February 13, 2009.

If the above-entitled matter settles counsel are required to notify the Court by contacting the Courtroom Deputy at (408) 535-5375, so as to take this matter off calendar.

DATED: September 3, 2008

_____
JACKIE GARCIA
Courtroom Deputy for
Honorable Ronald M. Whyte

1
2   Copy of Order E-Filed to Counsel of Record:
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28